■ HANS TURNIER, Appellant, v ASBESTOS CARTING CORP., Respondent, et al., Defendant. [683 NYS2d 423] —Order, Supreme Court, New York County (Leland DeGrasse, J.), entered on or about August 1, 1997, which denied plaintiff's motion for a default judgment and granted defendant-respondent's cross motion to dismiss the complaint for failure to take proceedings for the entry of judgment within one year after its default, unanimously affirmed, without costs.

The action was properly dismissed pursuant to CPLR 3215 (c) (*see, Perricone v City of New York*, 62 NY2d 661), since plaintiff's verified complaint, even when considered in conjunction with his signed but unsworn handwritten statement, fails to show a meritorious cause of action. Concur—Ellerin, J. P., Nardelli, Rubin and Saxe, JJ.

■ JOHN AVILDSEN, Respondent, v MYROSLAWA PRYSTAY, Appellant. [681 NYS2d 521] —Order, Supreme Court, New York County (Alice Schlesinger, J.), entered on or about May 29, 1998, which denied defendant's motion to modify and correct the calculation of interest due, granted plaintiff's cross motion to vacate the judgment entered on February 24, 1998, and imposed sanctions in the amount of $500 upon defendant's attorney, unanimously affirmed, with costs.

The motion court properly denied defendant's motion since the interest issue defendant wished to raise had previously been fully litigated and decided against her. The attempt by defense counsel to nonetheless relitigate the interest issue by filing a final judgment and then moving to modify the judgment and for a recalculation of interest was properly deserving of sanctions pursuant to 22 NYCRR 130-1.1. Clearly, counsel's actions were intentional and, in light of the circumstances of the case, lacked any legal or factual basis. Concur—Ellerin, J. P., Nardelli, Rubin and Saxe, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. JOSEPH DOMENIC GIACOIA, Admitted in 1988, at a Term of the Appellate Division, Second Department. [683 NYS2d 826] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ. [*See*, 240 AD2d 106.]